FILED
JUL 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST, )
"Homeless" )
P.O. Box 1935 )
St. Charles, MO 63302 )
No phone )
          Plaintiff, )
 )
vs. )
 )
ALPHONSO JACKSON, )
Secretary of the United States Department )
Housing and Urban Development )     05 1441
451 7th Street S.W. )
Washington, D.C. 20410 )
(202) 708-1112 )
          Defendant. )

*Leave to file granted* [signature]

## MOTION FOR LEAVE TO FILE

NOW COMES the plaintiff, Michael West, *pro se*, and pursuant to this Court's Order of June 21st, 2005, submits his motion for leave to file and use post office box as address on complaint because of (1) the unfair, discriminatory acts or omission practices of the above named defendant, (2) plaintiff is homeless and has no dwelling house or usual place of abode, and/or (3) the post office will reasonably allow the plaintiff access to the court and due process/equal opportunity as guaranteed under both the First and Fourteenth Amendments to the U.S. Constitution, respectively.

Dated this 26th day of June 2005.

Respectfully submitted,

[signature]

Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302-1935
No phone

**RECEIVED**

JUN 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT