UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST )<br>P.O. Box 1935 )<br>St. Charles, MO 63302 )<br>        )<br>    Plaintiff, )<br>        )<br>  v.    )<br>        )<br>ALPHONSO JACKSON, Secretary of the )<br>Department of Housing & Urban Development )<br>451 Seventh Street, S.W. )<br>Washington, D.C.  20410 )<br>        )<br>    Defendant. )<br>_____) | Civil Action No. 05-1441 (RMC) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Stratton C. Strand** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____ /s/ _____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4218
Washington, D.C. 20530
(202) 514-7236

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2005, I placed a copy of the foregoing **PRAECIPE** in the first class United States mail, postage prepaid, marked for delivery to:

>Michael West
>P. O. Box 1935
>St. Charles, MO 63302

_____
Jane M. Lyons
Assistant United States Attorney