UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>ALPHONSO JACKSON, Secretary of the )<br>Department of Housing and Urban Development, )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 05-1441 (RMC) |

## **ORDER**

UPON CONSIDERATION of the defendant's motion for enlargement of time to respond to the complaint, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore

ORDERED that the defendant's motion should be and is hereby GRANTED, and that defendant shall have through and including October 3, 2005 to answer or otherwise respond to the complaint.

_____                                                  _____
Date                                                                             ROSEMARY M. COLLYER
                                                                                 United States District Judge

**Copies to:**

| | |
|---|---|
| Stratton C. Strand<br>Assistant United States Attorney<br>555 4th Street, N.W. - Room E4218<br>Washington, D.C. 20530 | Michael West<br>P.O. Box 1935<br>St. Charles, MO 63302 |