UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| **ALPHONSO JACKSON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Before the Court is *pro se* plaintiff Michael West's Motion for Written Findings of Facts and Conclusions. Plaintiff's motion is denied.

Mr. West filed a Freedom of Information Act complaint on July 21, 2005. On August 19, 2005, the government moved the Court for an enlargement of time to answer. The government noted that it did not consult with Mr. West prior to filing its motion because time was of the essence and Mr. West, who is currently homeless, could not be contacted by telephone or e-mail. The Court granted the government's motion on August 22, 2005. On August 25, 2005, the Court received Mr. West's opposition to the government's motion.

On August 31, 2005, the Court received Mr. West's Motion for Written Findings of Facts and Conclusions. Mr. West moves the Court, pursuant to Federal Rule of Civil Procedure ("Rule") 52, to issue written findings of fact and conclusions of law in support of its August 22, 2005, order. However, Rule 52 does not apply under these circumstances. Rule 52 requires the Court to state its factual findings and legal conclusions after either trying an action without a jury or ruling on an interlocutory injunction. *See* Rule 52(a). Therefore, the Court construes the instant motion as a motion to reconsider its August 22, 2005, order.

The government's Motion for an Enlargement of Time included a sufficient statement of authority to support the motion, *see* LCvR 7(a), and provided sufficient facts to establish cause for granting the motion. *See* Rule 6(b). Moreover, considering that Mr. West has stated that he is homeless, has indicated in his pleadings that he has no telephone, and has received approval to use a post office box as his address, the government adequately explained why it did not attempt to confer with him. *Cf.* LCvR 7(m).

For the above reasons, it is

**ORDERED** that plaintiff's Motion for Written Findings of Facts and Conclusions is **DENIED**, and it is

**FURTHER ORDERED** that plaintiff's motions for sanctions and costs, as requested in both the instant motion and in the Motion to Deny Defendant's Motion for Enlargement of Time, are **DENIED**.

**SO ORDERED**.

Date: September 2, 2005                             /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge