UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary of the ) | |
| Department of Housing and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), hereby moves to extend <u>by one week</u> his time for answering or otherwise responding to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendant's counsel has been unable to consult with *Pro Se* Plaintiff concerning this motion; Plaintiff's complaint lists neither a telephone number nor an email address at which he may be contacted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary of the ) | |
| Department of Housing and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

1.  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, a deadline set by Court order may be extended upon a showing of good cause if the extension request is made before the expiration of the period prescribed.

2.  Plaintiff served the U.S. Attorney's Office with the summons and complaint on August 3, 2005. By minute order dated August 22, 2005, the Court extended Defendant's response deadline through October 3, 2005.

3.  Defendant will be responding to the complaint by filing a motion for summary judgment. The undersigned, who returned to work from extended leave on September 6, 2005, has not yet had an opportunity to complete Defendant's dispositive motion. Specifically, on September 12, 2005, the undersigned was assigned the defense of an emergency matter, Mahoney, et. al. v. U.S. Marshals Service, et. al., 05-1786, in which the plaintiffs sought a preliminary injunction regarding their protest rights at this year's Red Mass, which took place on Sunday, October 2, 2005. The undersigned had to devote all his time from September 12 through Friday, September 30 (the oral-argument date) to defending Mahoney. During that period, the

undersigned had to put off court deadlines in several cases, including a post-discovery summary judgment motion in <u>Wright v. Snow</u>, 03-1692, which now is due on Friday, October 7, 2005. Accordingly, the undersigned anticipates that he will need until Tuesday, October 11, 2005, to complete Defendant's dispositive motion in the case at bar.

    4.    The Court has not yet entered an initial scheduling order. Thus, the requested extension would not affect any scheduled court appearances.

    5.    The undersigned regrets having to seek an extension on the due date for Defendant's response. It was unavoidable, however; because of the demands of <u>Mahoney</u>, the undersigned has had no time to seek an extension in the case at bar until today.

WHEREFORE, Defendant respectfully requests that his deadline for answering or otherwise responding to the complaint be extended through Tuesday, October 11, 2005.

                        Respectfully submitted,

                        /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                        /s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

                        /s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney