UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary of the ) | |
| Department of Housing and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

UPON CONSIDERATION of Defendant's motion for enlargement of time to respond to the complaint, any opposition thereto, and the entire record in this case, the Court finds that good cause exists, and it is therefore,

ORDERED, that the Defendant's motion be, and hereby is, GRANTED, and that Defendant shall have through and including Tuesday, October 11, 2005, to answer or otherwise respond to the complaint.

_____                    _____
Date                                ROSEMARY M. COLLYER
                                    United States District Judge

**Copies to:**

Stratton C. Strand                  Michael West
Assistant United States Attorney    P.O. Box 1935
555 4th Street, N.W. - Room E4218   St. Charles, MO 63302
Washington, D.C. 20530