Yahoo! Mail - harleyd_ok4u@yahoo.com                                            Page 1 of 2

YAHOO! MAIL                                                         Print - Close Window

**Date:** Mon, 29 Aug 2005 09:35:59 -0700 (PDT)

**From:** "j s" <harleyd_ok4u@yahoo.com>

**Subject:** West Second Reply to Additional Questions of Aug 2005: Fair Housing Complaint

**To:** "Franklin Montgomery" <franklin_r._montgomery@hud.gov>

Mr. Montgomery:

Thank you for your email correspondence and attachments of August 29th 2005. In order to better assist you in this matter, please provide the following (as relevant to the attached proffered questions enumerated one thru eight):

1. Provide any and all NECAC correspondence that stated that application was delayed because "I failed to include a copy of your Social Security Card."

2. Provide any and all NECAC correspondence that stated that application was delayed because "I failed to include … proof of the local residency preferences."

3. Provide any and all NECAC correspondence that was directly responsive to applicant's "reasonable accommodations" requests of December 2004, etc.

4. Provide a true and complete copy of the "fraud" statute that you mention.

5. Provide any and all evidence that applicant knew that Julie Stephens was receiving Section 8 rental assistance.

6. Provide any and all evidence that applicant knew that applicant was not listed on Julie Stephens lease.

7. Provide any and all evidence that applicant knew that Julie Stephens had participated in Section 8 housing.

8. Provide any and all evidence that applicant knew that Julie Stephens had participated in Section 8 housing lease for two (2) years.

9. Provide any and all evidence that NECAC reasonable cooperated and provided the applicant with its evidence used in support of the adverse agency action taken against the applicant…in accordance with due process.

10. Additionally, upon careful review and comparison to "West First Reply to Additional Questions of Aug 2005: Fair Housing Complaint" and your reply correspondence of "Fair Housing Complaint," dated Aug. 29th 2005, you failed to provide or did not mentioned in your reply that:

"As part of due process, a written appeal was filed with Ms. Nelva Owens requesting any and all credible evidence in support of the adverse agency action taken against me. To date, Ms. Owens has not reasonably responded to that appeal. Did Ms. Owens deny these two facts?"

What is this agency's response and position to this specific question presented immediately above?

Thank you once again for your courtesies and consideration. I look forward to hearing from you soon.

With warm regards,

~Michael

*EXHIBIT "C"*

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

COPY

Michael West
P.O. Box 1935
St. Charles, MO 63302-1935

September 16, 2005

Mrs. Fannie Woods
FOIA Liason
HUD St. Louis Office
Robert A. Young Federal Building
1222 Spruce Street – 3rd Floor
St. Louis, MO 63103-2836
314.539.6561

Re: Freedom of Information Act Appeal

Dear Ms. Woods:

This is an appeal under the Freedom of Information Act ("FOIA").

On September 2, 2005, I requested documents under FOIA. On September 12, 2005, a follow-up letter was dispatched to HUD regarding this matter.

On September 14, 2005, I received a response to my request in a letter signed by Fannie J. Woods. It appears that my request was assigned the following identification number: 0434408.

As part of the her response above, Ms. Woods provided a brochure copy of the Fair Housing Act. Additionally, Ms. Woods' letter does not specifically provide relevant information as to where the requested materials are located within the brochure. I appeal the denial of my request.

The documents that were withheld must be disclosed under the FOIA because the Fair Housing Act is not responsive to the instant FOIA request. Here, the original request requested HUD appeal procedure information in the case or event that a HUD or its investigator - who has access to evidence within the possession, control, or maintenance of the other party – improperly withholds that evidence upon written application. See Attached.

A cursory review of the Fair Housing Act does not appear to fairly address this specific matter.

Thank you for your consideration of this appeal. And I look forward to receiving your written response with respect to these requested materials within the statutory period mandated by federal law.

Sincerely,

/SIGNED/
Michael West

EXHIBIT "D"



**U.S. Department of Housing and Urban Development**

St. Louis Field Office
Robert A. Young Federal Building
1222 Spruce Street – Room 3.203
St. Louis, Missouri  63103-2836

September 29, 2005

Mr. Michael West
P. O. Box 1935
St. Charles, Missouri  63302-1935

RE:  Freedom of Information Act (FOIA) Request, September 16, 2005

Dear Mr. West:

In response to your above referenced FOIA request, the Fair Housing Act prohibits the releasing of information collected during the investigation until the investigation has concluded pursuant to Sec 810 (a) (2) (d) (2). The latter section of the Act states "Notwithstanding paragraph (1), the Secretary shall make available to the aggrieved person and the respondent, at any time, upon request following completion of the Secretary's investigation, information derived from an investigation and any final investigative report relating to that investigation. "

Regarding the August 29, 2005 email to Mr. Franklin Montgomery that is attached to your September 16, 2005 letter, this office was not aware of the request for that information. We apologize for any oversight. However, the information that is requested is not releasable until HUD's Office of General Counsel has rendered a final determination of the facts of the investigation.

Upon completion of this determination, the Office of Fair Housing and Equal Opportunity will send you a copy of the Determination and a Final Investigative Report (FIR). The FIR will show all information gathered during the investigation. Once you receive and review this information, if it is not sufficient, you may request a copy of the complete file. Since the file will not be maintained in the St. Louis Field Office, you should send your request to:

> U. S. Department of Housing and Urban Development
> Region VII Regional Office
> Attn:  Ms. Laurie Bedlington, FOIA Liaison
> Gateway Tower II, 400 State Street
> Kansas City, Missouri  66101-2406

If you consider this response to be a denial of information, you may appeal this determination within 30 days from the date of this letter. Your appeal request should include copies of your original request and this response, as well as a statement of the

EXHIBIT "E"

circumstances, reasons or arguments supporting your appeal. Your letter, as well as the envelope, should be clearly marked "Freedom of Information Act Request for Review." Send your appeal request to:

>U.S. Department of Housing and Urban Development
>Freedom of Information Act Appeal
>Assistant General Counsel for Procurement and Administrative Law
>451 Seventh Street, S.W. Room 10180
>Washington, DC 20410-0500
>The telephone number for this office is (202) 708-0622.

We hope the above information is helpful. If you have questions regarding this FOIA response, please call me at (314) 539-6561.

Sincerely,

*Fannie J. Woods*

Fannie J. Woods
FOIA Liaison