UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                                    :
                                                 :
            Plaintiff,                           :
                                                 :
      v.                                         :        Civil Action No. 05-1441 (RMC)
                                                 :
ALPHONSO JACKSON, Secretary of the               :
Department of Housing and Urban Development,     :
                                                 :
            Defendant.                           :
_____         :

## ANSWER

Defendant Alphonso Jackson ("Defendant"), Secretary of the Department of Housing and Urban Development ("HUD"), through counsel, hereby answers Plaintiff's Second Amended Complaint in like-numbered and like-captioned paragraphs:

1.      Paragraph 1 is a description of Plaintiff's lawsuit, to which no response is required.  To the extent a response is deemed required, Defendant denies that he has violated the Freedom of Information Act ("FOIA").

2.      Paragraph 2 is a statement of jurisdiction, to which no response is required.  To the extent a response is deemed required, Defendant denies that jurisdiction is proper under the Administrative Procedure Act or the All Writs Act.

3.      Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in the first sentence of Paragraph 3; on that basis, Defendant denies the allegations.  Defendant denies the allegations contained in the second sentence of Paragraph 3.  Defendant specifically denies that he has engaged in discriminatory or any other illegal practices.

4.      Admitted.  Defendant specifies that HUD is an executive agency.

5.      Denied.

6.      Denied.

7.      Denied.

8.      Denied.

9.      Denied.

10.     Paragraph 10 contains the pleader's legal conclusions, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations of Paragraph 10.

11.     Paragraph 11 contains the pleader's legal conclusions, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations of Paragraph 11.

COUNT TWO

12.     Defendant admits that Plaintiff's Exhibit C is a true and correct copy of Plaintiff's August 29, 2005, email correspondence to Mr. Franklin Montgomery, HUD's Fair Housing investigator.  Defendant refers the Court to that document for the best evidence of its contents.  Except as expressly admitted, the allegations of Paragraph 12 are denied.

13.     Defendant denies the first sentence of Paragraph 13.  Defendant admits the second sentence of Paragraph 13.

14.     Defendant admits that Plaintiff's Exhibit D is a true and correct copy of Plaintiff's letter dated September 16, 2005, addressed to Mrs. Fannie Woods, HUD's FOIA liaison.

Defendant refers the Court to that document for the best evidence of its contents. Except as expressly admitted, the allegations of Paragraph 14 are denied.

15.     Defendant admits that Exhibit E is a true and correct copy of Defendant's September 29, 2005, response to Plaintiff's letter dated September 16, 2005. Defendant refers the Court to Plaintiff's Exhibit E for the best evidence of its contents. Except as expressly admitted, the allegations of Paragraph 15 are denied.

16.     Denied.

17.     Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 17; on that basis, Defendant denies the allegations.

18.     Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 18; on that basis, Defendant denies the allegations. Defendant specifically denies having engaged in discriminatory or any other illegal practices.

19.     Denied.

20.     Paragraph 20 contains the pleader's legal conclusions, to which no response is required. To the extent a response is deemed required, Defendant denies the allegations of Paragraph 20. Defendant specifically denies having engaged in corrupt, unconstitutional, discriminatory, or any other illegal practices.

21.     Defendant admits that its investigation into Plaintiff's discrimination claim against Northeastern Community Action Corporation was re-opened on or about July 15, 2005. Except as expressly admitted, the allegations of Paragraph 21 are denied.

22.     Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 22; on that basis, Defendant denies the allegations.

23.     Paragraph 23 contains the pleader's legal conclusions, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations of Paragraph 23.

24.     Paragraph 24 contains the pleader's legal conclusions, to which no response is required.  To the extent a response is deemed required, Defendant denies the allegations of Paragraph 24.

The remainder of the Second Amended Complaint consists of Plaintiff's request for relief, to which no response is required.  Defendant specifically denies that Plaintiff is entitled to any relief whatsoever.  Attorney's fees are not available to Plaintiff under FOIA.

Defendant specifically denies all allegations not expressly admitted herein.

## FIRST DEFENSE

Plaintiff failed to exhaust his administrative remedies.

WHEREFORE, having fully answered, Defendant respectfully requests that the Court enter judgment in his favor, dismiss the complaint with prejudice, and grant him such further relief as may be appropriate.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7236


OF COUNSEL:

NANCY D. CHRISTOPHER
Acting Associate General Counsel
DERYA SAMADI
Acting Assistant General Counsel
ARNETTE L. GEORGES
Trial Attorney
Department of Housing
  and Urban Development
451 7th Street, S.W.
Washington, DC 20410