UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                          )
                                       )
        Plaintiff,                     )
vs.                                    )  Case No. 05-1441 (RMC)
                                       )
ALPHONSO JACKSON, Secretary of the     )
Department of Housing & Urban          )
Development ("HUD"),                   )
                                       )
        Defendant.                     )

## SECOND MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Michael West, pro se, and moves this court to enter interlocutory order of default judgment against defendant Jackson pursuant to Rule 55, FED. R. CIV. PRO. In support of this motion, plaintiff states the following:

1. Plaintiff filed FOIA Complaint against defendant in May 2005.

2. To date, defendant has failed to plead or otherwise respond to or defend plaintiff's FOIA Complaint and far more than the time provided for by law for defendant to respond had passed.

3. To date, plaintiff has not received a substantiated response or answer to the FOIA Complaint.

4. To date, plaintiff has not received a proper ruling on the first Motion for Default Judgment that was filed in November 2005. Therefore, this second motion for default judgment ensues.

5. Notwithstanding, the defendant is in default under Rule 55, FED. R. CIV. PRO.

For the above stated reasons, plaintiff respectfully requests that the court enter its interlocutory order of default forthwith and set a scheduled date for damages, costs and fees

**RECEIVED**

FEB 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

pursuant to the FED. R. CIV. PRO., EQUAL ACCESS TO JUSTICE ACT, and the FREEDOM OF INFORMATION ACT. And for any other relief that may be fit in the premises.

Respectfully submitted this 13th day of February 2006.

*[signature]*

Michael West, pro se
P.O. Box 1935
St. Charles, MO 63302
No phone

## CERTIFICATE OF SERVICE

I certify by my signature below that a true and complete copy of the foregoing motion was placed in the U.S. Mail, First Class, postage prepaid, and mailed this 13th day of February 2006, to:

Stratton C. Strand
Asst. U.S. Attorney
Civil Division
555 4th Street, N.W. - Rm. E4218
Washington, D.C. 20530

*[signature]*