UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ALPHONSO JACKSON, Secretary,** )<br>**Department of Housing and Urban** )<br>**Development,** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 05-1441 (RMC) |

## ORDER

This matter comes before the Court on Plaintiff's second motion for default judgment. Rule 55(a) of the Federal Rules of Civil Procedure provides that a judgment by default may be entered when a party "has failed to plead or otherwise defend." Plaintiff filed a second amended complaint on November 14, 2005. Defendant has filed a timely answer to the second amended complaint. Therefore, there is no basis for the entry of default against Defendant. Accordingly, it is hereby

**ORDERED** that Plaintiff's second motion for default judgment [Dkt. #14] is **DENIED**.

**SO ORDERED.**

            /s/
ROSEMARY M. COLLYER
United States District Judge

DATE: March 6, 2006