UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,<br><br>       Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, Secretary of the<br>Department of Housing and Urban Development<br><br>       Defendant. | Civil Action No.: 05-1441 (RMC) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Eric Janson and remove the appearance of Assistant United States Attorney Stratton Strand as counsel for defendant in the above-captioned case.

                                                   Eric Janson
                                                   Special Assistant United States Attorney
                                                   555 4th St., N.W.
                                                   Washington, D.C. 20530
                                                   (202) 514-9150
                                                   Eric.Janson@usdoj.gov