IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,  :  Civil Action No. 05-1441
          Plaintiff  :  (RMC)

:

:

ALPHONSO JACKSON, in his official capacity as  :
SECRETARY, UNITED STATES DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT,  :

          Defendant.  :

DECLARATION OF HOLLY K. SALAMIDO

I, Holly K. Salamido, hereby depose and declare:

1. I am the Assistant General Counsel for the Freedom of Information Act ("FOIA") Division of the Office of General Counsel at the United States Department of Housing and Urban Development ("HUD") in Washington, D.C. I have held this position for over a year. I have worked as an attorney with the Department for five years.

2. As the Assistant General Counsel for FOIA, I am responsible for reviewing all incoming FOIA requests at HUD Headquarters, assigning the requests to FOIA staff for handling and reviewing all responses to such FOIA requests.

3. The information provided in this declaration is based on my personal knowledge and on the information provided to me by members of my staff.

1

4. Individuals requesting records that are located at HUD Headquarters are required to deliver or mail their request to the FOIA Division, Office of the General Counsel or submit their request using the FOIA electronic request form on HUD's Internet web site at *http://www.hud.gov/ogc/foiafree.html*. *See*, 5 U.S.C. Section 552; 24 C.F.R. § 15.103(c).

5. As more fully described below, the FOIA Division at HUD Headquarters has no record of receiving a FOIA request, dated March 8, 2005, from Mr. Michael West.

6. When a FOIA request is received, a FOIA records management employee logs the request into the Department's Automated Correspondence On-Line Response Network ("ACORN").

7. ACORN is designed to maintain relevant tracking information for all correspondence received by the Department nationwide, including the name, organization, title, city and state of the sender; date and subject of the letter; the date the letter was received by the Department; the date the letter was entered into ACORN; the office(s) to which the letter is assigned; the date the assigned office(s) received the letter; and, the date by which the assigned office is expected to respond.

8. As part of the log-in process, ACORN automatically assigns a FOIA identification (FI #) to the request.

9. After being logged into ACORN, the incoming FOIA request is then scanned into HUD's FOIA Management System ("FMS"), a separate automated system which is used to ensure that the FOIA Division always has an electronic copy of all incoming FOIA requests.

10. After the request is logged into ACORN and scanned into FMS, it is assigned to a FOIA Specialist who reviews the request to determine which program offices are likely to have agency records that are responsive to the request.

11. The FOIA Specialist then updates the information in ACORN to indicate the program office(s) where the request is being sent and forwards the request to a FOIA Assistant who prepares a package of information consisting of the FOIA request and a recommendation sheet for the relevant office(s).

12. The FOIA Assistant drafts an acknowledgment letter to the requester that indicates that HUD has received the request, explains that HUD uses a "multi-track processing" system and advises whether the request is considered routine or complex. The requester is also advised of the number of open FOIA requests that the Department has and provided an estimate of when the Department believes it will be able to respond to his or her request. The letter advises the requester of the "FI" tracking number that has been assigned in the ACORN system to his or her request, and instructs the requester to refer to that assigned number in any future correspondence. This form acknowledgement letter is sent to every FOIA requester, typically within 10 days of the FOIA Division's receipt of the FOIA request.

13. The FOIA Assistant who prepares the acknowledgement letter hand delivers the FOIA packet(s) to the relevant program office(s) within HUD. The relevant program office(s) is given 10 days to conduct a thorough search for responsive documents.

14. In response to a request from HUD Trial Attorney Arnette Georges, my staff conducted a thorough search of the ACORN and FMS systems to determine whether we have received a FOIA request from Mr. Michael West, P.O. Box 1935, St.

Charles, MO 63302, dated March 8, 2005, addressed to Ms. Anita Robinson, Director, Enforcement Support Division, U.S. Department of Housing & Urban Development, Washington, D.C. 20410-2000, Re: Freedom of Information Act Request and, if received, what is the current status of the request. *See Plaintiff's Complaint* at Exhibit A.

15. No record of such a request was found in ACORN. Similarly, a search of FMS failed to disclose any record of an incoming request such as that described by Mr. West.

I declare under the penalty of perjury that the foregoing is true and correct.

4/25/06
Dated

Holly K. Salamido