IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                                        : Civil Action No. 05-1441
                                                                      (RMC)
                    Plaintiff                          :

                                                       :

                                                       :

ALPHONSO JACKSON, in his official capacity as
SECRETARY, UNITED STATES DEPARTMENT      :
OF HOUSING AND URBAN DEVELOPMENT,

                    Defendant.              :


## DECLARATION OF LAMONT R. WILLIAMS

I, Lamont R. Williams, hereby depose and declare:

1. I am the Director of the Office of Information Services and Communications ("correspondence unit") at the United States Department of Housing and Urban Development in Washington, D.C. I have held this position since July 1, 2005. Prior to that I was in this office as a Management Information Specialist for fourteen years.

2. In this capacity, I am responsible for supervising the daily operations of the correspondence unit. I meet daily with the person acting as the Team Lead to discuss issues and problems related to the processing of incoming and outgoing mail.

3. The information provided in this declaration is based on my personal knowledge and on the information provided to me by members of my staff.

4. When the correspondence unit receives mail addressed to the Assistant Secretary, the General Deputy Assistant Secretary or has no addressee, it is opened by a member of

1

the correspondence unit and information such as the tracking number, name of the correspondent, subject of incoming and name of individual it is assigned to is entered into our Automated Correspondence On-Line Network (ACORN) system. The item is then forwarded to the assignee for a response to be prepared.

5.  Once the response has been prepared, it is either mailed out by the preparing office or sent back to the correspondence unit to be mailed to the correspondent. This is determined by the level of signature on the response. In either instance, the correspondence unit then enters the completion date into ACORN.

6.  If mail is received in the correspondence unit that is addressed to an individual, it is then forwarded to that individual unopened, without making an entry in ACORN.

7.  In the event that a FOIA request or appeal is received in this office, my staff hand carries that item to the HUD FOIA office for processing.

8.  In response to a request from HUD Trial Attorney Arnette Georges, my staff conducted a thorough search of ACORN for a FOIA request from Mr. Michael West, dated March 8, 2005, addressed to Anita Robinson, Director, Enforcement Support Division, U.S. Department of Housing & Urban Development, Washington, D.C. and for a FOIA appeal request from Mr. Michael West, dated April 16, 2005, addressed to FOIA Officer, U.S. Department of Housing & Urban Development, Washington, D.C. 20410-2000. *See Plaintiff's Complaint* at Exhibits A and B.

9. No documents meeting those criteria were located in ACORN. In addition, my staff has no recollection of having received or having delivered to the FOIA office either Mr. West's March 8, 2005 FOIA request or his April 16, 2005 FOIA appeal.

I declare under the penalty of perjury that the foregoing is true and correct.

4/25/06

Dated

Lamont R. Williams

3