IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                                                     : Civil Action No. 05-1441
                                                                                      (RMC)
        Plaintiff                                          :

                                                                        :

ALPHONSO JACKSON, in his official capacity as             :
SECRETARY, UNITED STATES DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT,          :

        Defendant.                                     :


DECLARATION OF VIRGINIA ACKERMAN

I, Virginia Ackerman, hereby depose and declare:

1. I am the Acting Assistant General Counsel for the Office of Procurement and Administrative Law Division within the Office of General Counsel at the United States Department of Housing and Urban Development ("HUD") in Washington, D.C. My tenure as Acting Assistant General Counsel began in May, 2005. Prior to assuming the responsibilities of Acting Assistant General Counsel, I worked in the office for approximately eleven years as a staff attorney.

2. Individuals who desire to file a FOIA appeal are required to submit their appeal to the address specified in HUD's response to their initial FOIA request. My office serves as the appropriate office to receive FOIA appeals from FOIA requests that were originally processed in HUD Headquarters. Notwithstanding, if the FOIA appeal is sent to the wrong office, it is has been my experience that such other offices forward

1

the appeal to my office. In that situation, for processing purposes, the time of receipt is considered to be the date the appeal arrives in my office.

3. As the Acting Assistant General Counsel for Procurement and Administrative Law, I am responsible for overseeing the FOIA Appeal process in my office. I review each FOIA Appeal letter delivered to the office; I assign the FOIA appeal to one of the staff attorneys within the office; and I provide the original of each FOIA appeal letter to the administrative person within our office, assigned to process each appeal letter and enters pertinent information regarding it into two computer systems. The two computer systems are: Microsoft ACCESS Database 2000 ("ACCESS") and the Legal Assessment of Workload System ("LAWS").

4. ACCESS is designed to maintain relevant tracking information for all of the cases being handled by the Office of Procurement and Administrative Law, such as the type of case, the date the case was received in the office, the name of the attorney to whom the case is assigned, the date the case was assigned to the attorney, the appellant's name, the FI number for FOIA appeals, the subject/issues involved in the litigation, the status, and the due date.

5. LAWS is designed to maintain relevant tracking and work status information on all of the cases being handled by the Office of Procurement and Administrative Law, such as the case information, case notes and case actions. The following information is logged in under the case information section of the database: type of case, the type of HUD program involved, the name of the attorney to whom the case is assigned, the date the case was received in the office, and the target date for completion of the matter (for FOIA appeals that date is 20 calendar days from receipt).

2

6. In response to a request from HUD Trial Attorney Arnette Georges, my staff conducted a thorough search of ACCESS and LAWS for a FOIA appeal request from Mr. Michael West, P.O. Box 1935, St. Charles, MO 63302; dated April 16, 2005; addressed to FOIA Officer, U.S. Department of Housing & Urban Development, Washington, D.C. 20410-2000. *See Plaintiff's Complaint* at Exhibit B.

7. My staff did not locate any document or record meeting those criteria.

8. In addition, my Office has no record of having received any FOIA Appeal from Mr. Michael West between September 29, 2005 (Letter from Ms. Fannie Woods—Plaintiff's Exhibit E) and October 7, 2005 (the date that Mr. West filed his Second Amended Complaint).

I declare under the penalty of perjury that to the best of my knowledge the foregoing is true and correct.

4-11-06
Dated

Virginia Ackerman

3