IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                                   : Civil Action No. 05-1441
                                                   (RMC)
       Plaintiff                              :

                                                :

                                                :
ALPHONSO JACKSON, in his official capacity as
SECRETARY, UNITED STATES DEPARTMENT             :
OF HOUSING AND URBAN DEVELOPMENT,

       Defendant.                             :

## DECLARATION OF GREGORY KING

I, Gregory King, hereby depose and declare:

1. I was the Acting Director of the Office of Enforcement, Office of Fair Housing and Equal Opportunity ("FHEO") at the United States Department of Housing and Urban Development ("HUD") in Washington, D.C., during the eight-month period, from June 5, 2005 to December 16, 2005. However, I have been in management for 14 years. I am currently a Senior Equal Opportunity Specialist in the Office of Fair Housing and Equal Opportunity, Office Systemic Investigations in Fort Worth, Texas, I am out-stationed from the office in Fort Worth, Texas to the HUD office in Atlanta, Georgia.

2. As Acting Director of the Office of Enforcement, I was responsible for coordinating the national enforcement of the Fair Housing Act, and other civil rights laws and regulations administered by the Department, which included the receipt of correspondence from the general public, complainants, respondents, and recipients that concern enforcement issues.

1

3. Ms. Anita Robinson was a member of my staff.

4. The information provided in this declaration is based on my personal knowledge and on the information provided to me by members of my former staff.

5. When mail that is addressed to the Enforcement Support Division is received in the Enforcement Office it is assigned to an employee who logs it into the office's inter-office Correspondence Log, a Microsoft Excel spreadsheet. The Correspondence Log is formatted to record the following information: a chronologically assigned control number for the correspondence, the correspondence type, the name of the sender, any reference numbers or words that the sender includes, the subject of the correspondence, the action required, the date that the correspondence was received in the office, an internal office due date, the name of the employee to whom the correspondence is assigned, the date the correspondence was assigned to that employee, the employee's due date, and the status of the matter.

6. Mail that is received in the Enforcement Office that is not addressed to the Enforcement Support Division is assigned to a different employee who reviews the correspondence to determine if it should be directed to the Enforcement Support Division or the Disability Rights Division (another Division within my former office) or forwarded to another HUD office or government agency.

7. This employee enters relevant tracking information from correspondence that is not addressed to the Enforcement Support Division into ACCESS, a computerized worksheet. ACCESS is designed to maintain relevant tracking information for all correspondence being handled by the Disability Rights Division or being forwarded to another office, such as the type of correspondence, the date the correspondence was received in the office, the name of the employee to whom the correspondence is

2

assigned, the date the correspondence was assigned to the employee, the sender's name, reference words or numbers, the subject/issues identified in the correspondence, the status, and the due date.

8. This employee also sends an acknowledgment letter to the sender advising the sender that his or her correspondence was received and whether it has been forwarded to another office for further processing.

9. In the event that a FOIA request or FOIA appeal is received in this office, my staff will forward it to the HUD FOIA office.

10. During my tenure as Acting Director, in response to a request from HUD Trial Attorney Arnette Georges, my former staff conducted a thorough search of the Inter-Office Correspondence Log, ACCESS and Ms. Anita Robinson's file on Mr. West for a FOIA request from Mr. Michael West, dated March 8, 2005, addressed to Anita Robinson, Director, Enforcement Support Division, U.S. Department of Housing & Urban Development, Washington, D.C. and for a FOIA appeal request from Mr. Michael West, dated April 16, 2005, addressed to FOIA Officer, U.S. Department of Housing & Urban Development, Washington, D.C. 20410-2000. *See Plaintiff's Complaint* at Exhibits A and B.

11. No record of such a request was found in the correspondence log or in ACCESS. Similarly, a search of Ms. Robinson's file on Mr. West failed to disclose any record of an incoming request such as that described by Mr. West.

I declare under the penalty of perjury that the foregoing is true and correct.

4/20/2006
Dated

Gregory King

3