UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL WEST, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-1441 (RMC) |
| v. | ) ) ) | |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S MOTION FOR AN
ENLARGEMENT OF TIME TO SUBMIT REPLY**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court to enlarge the time from May 31, 2006 to June 16, 2006 in which it may submit a reply to Plaintiff's Response to Defendant's Motion to Dismiss or for Summary Judgment.

In support of this Motion, Defendant states that it submitted its Motion to Dismiss or for Summary Judgment on April 26, 2006, and Plaintiff filed his response in opposition on May 22, 2006. Accordingly, Defendant's reply is due on May 31, 2006. However, due to extensive depositions in the case of Jacobs v. National Gallery of Art, Case No. 05-1425, which are scheduled from May 30, 2006 to June 12, 2006, the undersigned counsel will be unavailable to provide a adequate reply. Accordingly, Defendant respectfully requests that this Court enlarge the time for Defendant to file a reply until June 16, 2006. Counsel for Defendant was unable to contact Plaintiff regarding this extension pursuant to LCvR 7(m) because Plaintiff has not

provided any means to contact him. According, Defendant cannot represent Plaintiff's position on this motion.

May 31, 2006                                      Respectfully submitted,

_____//s//_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____//s//_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____//s//_____
ERIC J. JANSON
Special Assistant United States
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-9150

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1441 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary ) | |
| of the Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This case having come before this Court on Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and its Reply Brief is due on June 16, 2006.

**SO ORDERED** this _____ day of _____, 2006.

_____
ROSEMARY M. COLLYER
United States District Court Judge