UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>ALPHONSO JACKSON, Secretary )<br>of the Department of Housing and Urban )<br>Development, )<br>)<br>      Defendant. )<br>_____) | Civil No. 05-1441 (RMC) |

## **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff filed the instant motion for sanctions, after Defendant, through the undersigned attorneys, allegedly filed for an extension of time to submit a reply memorandum without first conferring with Plaintiff. See, P. Mot. Sanctions at ¶ 11 ("...Defendant willfully misrepresented to this Court that 'Counsel for Defendant was unable to contact Plaintiff regarding this extension pursuant to LcvR 7(m) because Plaintiff has not provided any means to contact him.'").

Plaintiff's Motion for Sanctions is completely without any factual or legal basis and should be denied. Defendant admits that on May 31, 2006, it did in fact request an enlargement of time to file its reply memorandum, which was due that day, because Defendant's counsel was involved in extensive depositions in an unrelated case and was unavailable to provide an adequate reply in a timely manner. See, Def. Mot. Enlargement (Dkt. No. 21). Plaintiff is homeless and has indicated in his pleadings that he has no telephone number and uses a post office box as his address. Accordingly, Defendant's counsel had no adequate means of contacting him to confer on this enlargement of time before Defendant's reply memorandum was due[1].

---

[1] Contrary to Plaintiff's motion, a reply memorandum is authorized by LcvR 7(d).

Defendant's counsel truthfully represented this fact to the court and indicated that it could not represent Plaintiff's position on this motion. Id.

As noted in Plaintiff's motion, Defendant did in fact send an e-mail to Plaintiff on May 23, 2006, in an attempt to resolve this case without any further unnecessary litigation. Defendant's counsel did so after agency counsel informed him that Plaintiff previously corresponded with them in 2005 using the email address: harleyd_ok4u@yahoo.com.  Although it was clearly not evident that the above-mentioned e-mail address was in fact Plaintiff's account, Defendant's counsel was merely looking for any reasonable means of contacting Plaintiff in order to discuss this case.  Moreover, while it was confirmed by Plaintiff's response on June 1, 2006, that this was indeed his e-mail address, this 9 day delay in responding indicates that this is not a viable means of contacting him where time is of the essence[2].

Finally, it should be noted that this is now the second time that Defendant's counsel, and this Court, have had to respond to and address this very issue.  Plaintiff previously moved for sanctions and costs in opposing Defendant's motion for extension for time on August 31, 2005. See, Dkt. No. 5 and 7.  This Court denied Plaintiff's motion, citing his lack of a telephone number and his approval to use a post office box as his address.  See, Order at 2. (Dkt. No. 8). Accordingly, Defendant respectfully requests that the instant Motion for Sanctions be denied and Plaintiff be ordered to file for leave of court for any future motions for sanctions to avoid any further waste of time and judicial resources.

---

[2] Defendant's counsel also e-mailed Plaintiff on June 8, 2006 in order to confirm the accuracy of his mailing address.  Plaintiff refused, responding that "...I pray that God rebukes you and curses your family for years to come," and that Defendant's counsel should "feel free to 'go drown yourself.'"  Exhibit 1.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
ERIC J. JANSON
Special Assistant United States Attorney
555 Fourth Street, N.W., Rm. E4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1441 (RMC) |
| | ) |
| ALPHONSO JACKSON, Secretary | ) |
| of the Department of Housing and Urban | ) |
| Development, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

This case having come before this Court on Plaintiff's Motion for Sanctions, it is hereby

**ORDERED** that Plaintiff's Motion is **DENIED.**

It is further **ORDERED** that Plaintiff shall be required to file for leave of court for any further motions for sanctions.

**SO ORDERED** this _____ day of _____, 2006.


_____
ROSEMARY M. COLLYER
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, I caused a true and correct copy of the foregoing Opposition to Plaintiff's Motion for Sanctions to be served via ECF and first-class mail on the following:

    Michael West
    P.O. Box 1935
    St. Charles, MO 63302


                                              _____/s/_____
                                              ERIC J. JANSON
                                              Special Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Washington, D.C.  20530