**Janson, Eric (USADC)**

**From:** j s [harleyd_ok4u@yahoo.com]
**Sent:** Sunday, June 11, 2006 3:48 PM
**To:** Janson, Eric (USADC)
**Subject:** West's Third Reply re: West v. HUD

Mr. Janson:

As far as your reply immediately below, it's not a belief that you or your co-conspirator claim that you have no way to contact me. Here, it's an unmistakenable fact that I did not receive any of the defendant HUD's court filed documents, in which I pray that God rebukes you and curses your family for years to come. For now, however, severe Court sanctions may reasonably provide some closure in this separate matter.

As far as your confirmation requests immediately below, please feel free to "go drown yourself." After careful review and consideration, you cite no authority, court rule, or case law for your instant request. Additionally, at this point in time, sending me the withheld court filed materials is moot. Thus, your requests is respectfully DENIED.

Sincerely,

Michael West


*"Janson, Eric (USADC)" <Eric.Janson@usdoj.gov>* wrote:

> Mr. West,
>
> It appears from your motion that you believe that you have not been receiving various court filings submitted by this office on behalf of the Defendant. Could you please confirm that your address (as indicated in docket report for this case) is accurrate?
>
> P. O. Box 1935
> St. Charles, MO 63302
> Thank you.
>
> Eric J. Janson
> Special Assistant United States Attorney
> 555 4th Street, NW, Room E4417
> Washington, DC 25030
> (202) 514-9150
> Eric.Janson@usdoj.gov
>
> CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.



EXHIBIT 1

6/14/2006