UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL WEST,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1441 (RMC) |
| ) | |
| **ALPHONSO JACKSON,** Secretary, ) | |
| Department of Housing and Urban ) | |
| Development, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. #17] is **GRANTED**; it is

**FURTHER ORDERED** that Plaintiff's motion for judgment on the pleadings [Dkt. #20] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:   September 15, 2006            _____/s/_____
                                      ROSEMARY M. COLLYER
                                      United States District Judge