UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,  )  <br>  )  <br>Plaintiff,  )  <br>  )  <br>vs.    )  <br>  )  <br>ALPHONSO JACKSON, Secretary of the  )  <br>Department of Housing &  )  <br>Urban Development ("HUD"),  )  <br>  )  <br>Defendant.  ) | Case No. 05-1441 (RMC) |

### PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Plaintiff Michael West, *pro se*, and moves the Court in accordance with its August 10, 2006 letter signed by Nancy Mayer-Whittington to appeal orders (or lack of orders) in the above-entitled cases. In support, the following is provided.

1. The August 10, 2006 letter states that "please indicate by date filed which order[s] you wish to appeal." Id.  A true and complete copy is attached.

2. In response, the followings orders or lack of order, or both, are appealed:

    A. Motion for Sanctions for Intentional Material Misrepresentation to Obtain Enlargement of Time to Submit Reply filed 6/12/06.  To date, no reasonable nor timely action has been taken as reflected by this court own docket sheet.

    B. Additionally, the original matter appealed was in a separate case that was simultaneously pending within this same court and district court judge - Judge Rosemary M. Collyer.  Here, it was recently discovered by this plaintiff that he misidentified the separate party litigant in which the U.S. Department of Injustice was also representing Commissioner Barnhart of the Social Security Administration with respect to a similar unfair FOIA practice. See West v.



SEP 1 5 2006

Barnhart, Case No. 05-1890 (RMC). A separate notice of appeal will be forthcoming after the clerk's office provides this plaintiff with a true and complete copy in this case so that he can prepare and identify motions that were not reasonably acted upon, the order granting summary judgment, and the order denying Rule 59 motion to file a reasonable and appropriate appeal since Plaintiff clearly identified FOIA materials that were not released by Commissioner Barnhart's office.

Respectfully submitted this 11th day of September 2006.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302-1935

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing motion was placed in the U.S. mail, first class, postage prepaid, and mailed this ____ day of September 2006 to:

Stratton C. Strand
Asst. U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4218
Washington, D.C. 20530

2