UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,                )<br>                                                )<br>           Plaintiff,              ) | Civil Action No.: 05-1441(RMC) |
| v.                                      ) | ECF |
| ALPHONSO JACKSON, Secretary of the )<br>Department of Housing and Urban )<br>Development,                       )<br>                                                )<br>           Defendant.           )<br>                                                )<br>_____) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

      The Clerk of the Court will please enter the appearance of Michelle N. Johnson, Assistant United States Attorney, as counsel for Defendant in the above-captioned matter and remove the appearance of Special Assistant United States Attorney Eric J. Janson.

                                     /s/
                            MICHELLE N. JOHNSON
                            Assistant United States Attorney
                            555 4th St., N.W. Room E4212
                            Washington, D.C.  20530
                            202-514-7139

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Substitution of Counsel was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Michael West, pro se**
P.O. Box 1935
St. Charles, MO 63302

on this 17th day of October, 2006.

/s/
MICHELLE N. JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C.  20530
202-514-7139