UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,** ) | |
| ) | |
|     **Plaintiff,** ) | Civil Action No.: 05-1441(RMC) |
| ) | |
| v. ) | ECF |
| ) | |
| **ALPHONSO JACKSON, Secretary of the** ) | |
| **Department of Housing and Urban** ) | |
| **Development,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Alphonso Jackson, by and through the undersigned counsel, respectfully requests an enlargement of time, up to and including November 3, 2006, within which to respond to Plaintiff's Motion for Reconsideration, or in the Alternative, to Alter or Amend Order.

In support of this Motion, Defendant states as follows:

1.  Plaintiff filed this action pursuant to the Freedom of Information Act ("FOIA") on July 21, 2005. On November 14, 2005, Plaintiff filed an amended complaint to which Defendant filed an answer on November 23, 2005.

2.  On April 26, 2006, Defendant filed a Motion to Dismiss or for Summary Judgment. Plaintiff responded to Defendant's motion on May 22, 2006, and Defendant filed his reply on June 12, 2006.

3.  On September 15, 2006, this Court granted Defendant's Motion to Dismiss or for Summary Judgment. A final order entering judgment in favor of Defendant was entered on that

date.

4. Also on September 15, 2006, Plaintiff filed a Notice of Appeal, appealing this Court's order granting Defendant's motion. Plaintiff also appealed the Court's denial of Plaintiff's motion for judgment on the pleadings, which Plaintiff had filed on May 22, 2006. Plaintiff's appeal has been assigned case number 06-5281 by the court of appeals and, on September 25, 2006, the court of appeals issued an order advising the parties of the deadlines by which to file their pleadings and other notices.

5. On October 13, 2006, Plaintiff's "Motion for Reconsideration, or in the Alternative, to Alter or Amend Order" was docketed on the Court's electronic case filing ("ECF") system.[1] The undersigned counsel, having been recently assigned to this matter, did not receive notification of this filing until October 17, 2006, when filing her notice of appearance in this matter. However, based upon the October 13 date (the date Plaintiff's motion is docketed as having been filed on the Court's ECF system), a response to Plaintiff's motion would be due no later than October 27, 2006.[2]

6. The undersigned counsel of record will require additional time to review the relevant record in this matter and formulate an appropriate response to Plaintiff's motion. Therefore, Defendant respectfully requests that it be granted a one-week extension, until November 3, 2006, in which to file a response to Plaintiff's motion.

7. Pursuant to LCvR 7(m), counsel for Defendant was unable to contact Plaintiff to obtain his position on the requested enlargement of time because Plaintiff has no listed contact

---

[1] Plaintiff's motion is filed stamped as having been received by the Court on October 10, 2006, and Plaintiff's certificate of service indicates that he mailed a copy to the SAUSA formerly assigned to this matter on October 4, 2006. However, to date, the undersigned counsel has not received the copy of the motion mailed by Plaintiff.

[2] This date includes the addition of three days for service as provided by Fed. R. Civ. P. 6(e).

number in the Court's ECF system.

        Respectfully submitted,

          /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

          /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

          /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139
        COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2006, a copy of the foregoing Defendant's Motion for an Enlargement of Time was delivered via first class mail, postage pre-paid, to:

> Michael West, pro se
> P.O. Box 1935
> St. Charles, MO 63302

>   /s/ Michelle N. Johnson
> MICHELLE N. JOHNSON, D.C. BAR # 491910
> Assistant United States Attorney
> 555 4th St., N.W.  Room E4212
> Washington, D.C. 20530
> 202-514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-1441(RMC) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| **ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time and the Memorandum of Points and Authorities in Support thereof, it is this _____ day of _____, 2006, ORDERED that Defendant's motion should be and it hereby is granted; and it is, FURTHER ORDERED that Defendant's opposition to Plaintiff's Motion for Reconsideration, or in the Alternative, to Alter or Amend Order, is due by November 3, 2006.

_____
UNITED STATES DISTRICT JUDGE