# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                )
                               )
          Plaintiff,         )
v.                         )   Case No. 05-1441(RMC)
                               )
ALPHONSO JACKSON, Secretary of the  )
Department of Housing and Urban     )
Development,                 )
                               )
         Defendant.       )

## PLAINTIFF'S MOTION TO AMEND PETITION

COMES NOW Plaintiff Michael West, pro se, and pursuant to Federal Rules of Civil Procedure, moves the Court to enter its order granting him leave to amend the Petition by amendment. In support of this motion, Plaintiff states that:

1. Since the filing of the instant Petition, new evidence that was not previously available supports an amendment to this civil cause of action.

2. There is no prejudice towards the Defendant by granting leave to amend the Petition.

**RECEIVED**

**NOV 2 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Attachment A hereto is a true and correct copy of the Final Report, dated November 9, 2005, as received by Plaintiff from Defendant in the mail that reflect the HUD's rulings on each of the charges and specifications against Plaintiff, to the extent that those rulings can be determined from Defendant's explanation of its findings at the conclusion of the disability discrimination complaint proceedings under 28 CFR Part 35.

4. Attachment B hereto is a true and correct copy of the appeal of the adverse agency action, dated February 14, 2006.

5.  The Petition should be amended to reflect the following:

"**COUNT THREE**

12. The United States Housing and Urban Development (HUD) violated various provisions of 28 CFR Part 35 in investigating allegations of physical disability discrimination and retaliation committed by its subordinate agency, NECAC.

13. In the course of its investigation, HUD created records about Plaintiff that were filled with inaccuracies, and used them to take adverse action against him.

14. Notwithstanding, in the course of its investigation, the findings of fact and conclusions of law within HUD's Final Report are arbitrary and capricious, an abuse of discretion, and otherwise contrary to law.

15. Plaintiff appealed that decision, and HUD denied that appeal without providing due process and by agency inaction in violation of the Due Process and Equal Protection Clauses guaranteed by the Fourteenth Amendment to the United States Constitution.

16. Defendant's failure and refusal to provide a full and fair agency action irreparably injures Plaintiff to which he is entitled to by federal law.

**REQUESTED RELIEF**

WHEREFORE, Plaintiff request that this Court:

1.  Declare that the HUD Final Report is arbitrary and capricious, and abuse of discretion, and otherwise contrary to law;

2.  Enjoin the Defendant from withholding due process from Plaintiff;

3.  Award Plaintiff costs in this action;

4.  Issue a written finding that the circumstances surrounding the withholding raise questions whether this federal agency personnel acted arbitrary and capricious with

respect to the withholding; and

   5. Grant Plaintiff such other and further relief as the Court deems just and proper."

                                       *****

WHEREFORE, it is respectfully requested that this Court grant this motion.

Michael West, pro se
P.O. Box 1935
St. Charles, MO 63302
No phone


                          **CERTIFICATE OF SERVICE**

I certify that a true and complete copy of the foregoing was placed in the U.S. mail, first class, on this ___ day of November, to:

Michelle Johnson
AUSA
555 4th St., N.W. Room E4212
Washington, D.C. 20530