UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHONSO JACKSON, Secretary,<br>Department of Housing and Urban<br>Development,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1441 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Michael West, proceeding pro se, filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, appealing the disposition of his requests for records from the Department of Housing and Urban Development ("HUD").  On September 15, 2006, the Court granted summary judgment in favor of Defendant.  Plaintiff filed a notice of appeal on the same day.

Before the Court is Mr. West's motion for reconsideration, filed on October 13, 2006, and his motion to amend the petition, filed on November 27, 2006.  The first motion reargues issues already decided by the Court and provides no further information that would compel the Court to alter its earlier decision.  The second motion, Plaintiff's motion to amend, seeks to add new claims.

The filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *LaRouche v. U.S. Dep't of Treasury*, 112

1

F. Supp. 2d 48, 52 (D.D.C. 2000). Thus, this Court lacks jurisdiction over Plaintiff's motions. Moreover, the Court of Appeals issued a summary affirmance of this Court's opinion and order granting summary judgment, *see West v. Jackson*, No. 06-5281 (D.C. Cir. Mar. 6, 2007) (per curiam), rendering Mr. West's motions moot.

Based on the foregoing, it is hereby

**ORDERED** that Plaintiff's motion for reconsideration [Dkt. # 29] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's motion to amend petition [Dkt. # 34] is **DENIED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: March 12, 2007