UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST, )
   )
   Plaintiff, )
   )
vs. ) Case No. 05-1441 (RMC)
   )
ALPHONSO JACKSON, Secretary of the )
Department of Housing & )
Urban Development ("HUD"), )
   )
   Defendant. )

RECEIVED
MAR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S MOTION FOR LEAVE
TO APPEAL UNDER 28 U.S.C. § 1292(B)**

COMES NOW Plaintiff Michael West, *pro se*, and moves this court with Plaintiff's Motion for Leave to Appeal under 28 U.S.C. § 1292(b) pursuant to FRAP Rule 5. In support, the following is submitted:

1. On November 22, 2006, a FRCP Rule 56/59(e) Motions were filed with the district court. A true copy is attached and marked as Plaintiff's Exhibit A (Doc. No. 29).

2. On March 12,206 the district court denied this said motion. A true copy is attached and marked as Plaintiff's Exhibit B (Doc. No. 38).

3. It is urged on appeal that a finding or conclusion is unsupported by the evidence or is contrary to the evidence.

4. Specifically, the district court failed to provide any casual connection between the proffered Mr. Turner Russell material evidence and its conclusion that this "information would compel the court to alter its decision." Doc. No. 38 at 1.

5. Within Plaintiff's said Motion, a reasonable discovery request was submitted to district court requesting that the defendant produce said evidence. Doc. No. 29.

6. As explicitly stated in support of discovery, the Mr. Turner Russell evidence could reasonably demonstrate both: 1) that defendant received the questioned original FOIA materials, and 2) that plaintiff exhausted his administrative remedies, in which the court previously ruled otherwise in its memorandum opinion. Doc No. 29; See Doc. No. 26 at 5. A true and complete copy of court's memorandum opinion is attached and marked as Plaintiff's Exhibit C.

7. These facts present the fair question of law as to whether the court abused its discretion in denying plaintiff's request for discovery to defend his claims against this unscrupulous defendant. Doc. No. 29 at 4.

8. Additionally, these facts present the fair question of law as to whether the court abused it discretion in finding that the FOIA request was not submitted to the proper address or individual in light of published 24 C.F.R. §§ 15.101.104(a). A true and complete copy of published 24 C.F.R. §§ 15.101.104 is attached and marked as Plaintiff's Exhibit D.

9. Under these circumstances, it is respectfully suggested that the district court's should be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation,

10. For these reasons, it is further requested that this court should so state in writing.

WHEREFORE, Plaintiff prays for this court grant this motion in its entirety and provide any other relief that may be fit in the premises.

Respectfully submitted this ___22nd___ day of March 2007.

_____
Michael West, pro se
P.O. Box 1935
St. Charles, MO 63302-1935
No phone

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing motion was placed in the U.S. mail, first class, postage prepaid, and mailed this ____ day of March 2007 to:

Stratton C. Strand
Asst. U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4218
Washington, D.C. 20530