**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**

APR 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL WEST
_____
Plaintiff

vs.

Civil Action No. 05-1441 (RMC)

ALPHONSO JACKSON
_____
Defendant

RECEIVED

APR 9 - 2007

N. MAYE...
U.S. DIST COURT

## NOTICE OF APPEAL

Notice is hereby given this __4th__ day of __April__, 20_07_, that

__Plaintiff Michael West, pro se,__

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement

of this Court entered on the __12th__ day of __March__, 20_07_, in favor of _____

__Alphonso Jackson, Secretary of HUD__ against said ___

__Plaintiff__.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**        Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

[USCADC Form __ (Rev. May 2004)]