# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5281**  **September Term, 2006**

05cv01441

Filed On: March 6, 2007 [1026604]

Michael West,
       Appellant

v.

Alphonso Jackson, Secretary, United States Department of Housing and Urban Development,
       Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/25/07
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FILED JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Sentelle, Rogers, and Garland, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance and the opposition thereto, and the motion to remand, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). With regard to his Freedom of Information Act (FOIA) request of March 8, 2005, appellant failed to exhaust administrative remedies. See Hidalgo v. F.B.I., 344 F.3d 1256, 1258-59 (D.C. Cir. 2003). He has shown no proof of receipt by the Department of Housing and Urban Development of that FOIA request. Appellant does not challenge the district court's grant of summary judgment for appellee as to the remaining FOIA request and thus has waived any objections thereto. See Terry v. Reno, 101 F.3d 1412, 1415 (D.C. Cir. 1996). It is

**FURTHER ORDERED** that the motion to remand be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk