UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-1441 RMC |
| ALPHONSO JACKSON, Secretary of the Dep't of Housing & Urban Development, | ) ) ) ) |
| Defendant. | ) ) |

*Let this be filed*
*R.M. Colly 1/23/08*

### PLAINTIFF'S TEMPORARY PLACEHOLDER RULE 60(b) MOTION BASED UPON DEFENDANT'S FRAUD PRACTICE

COMES NOW Plaintiff, Michael West, *pro se*, and moves this court with Plaintiff's temporary placeholder Rule 60(b) Motion Based Upon Defendant's Fraud Practice. In support, the following is provided:

1. Previously, the Court dismissed the above-styled case for reasons stated within its accompanying memorandum.

2. As vigorously asserted by this Plaintiff, however, the defendant's attorneys are withholding adverse documentary evidence pertaining to defendant's HUD representative Mr. Turner Russell.

3. Remarkably, the Court failed to allow Plaintiff to subpoena the Turner Russell evidence in that separate civil case.

4. In the interim, the improperly Turner Russell documentary materials had been requested in a separate FOIA action that is now pending before this Court. See West v. Jackson, Case No. 07-0727 (D.D.C. 2007).

**RECEIVED**

JAN 2 2 2008

1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. As Plaintiff firmly believes, the Turner Russell documentary evidence will show that the defendant's unfairly obtained the Court's dismissal Order by material misrepresentation and fraud.

6. However, Rule 60(b) provides that a one year statute of limitations period for Plaintiff to seek relief under this procedural rule.

7. In contrast, the Defendant's attorneys remain very successful in their dilatory tactics and delay practice by their active attempt to prevent Plaintiff relief from the unfairly obtained dismissal Order under these circumstances presented above.

8. Therefore, this temporary placeholder motion is timely filed before the limitation period expires to preserve Plaintiff's fair use and benefit of Rule 60(b).

WHEREFORE, Plaintiff respectfully requests that this motion be granted in its entirety, and for any other relief fit in the premises.

*****

Respectfully submitted this 17th day of January 2008.

Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was mailed, postage prepared, this 17th day of January 2008, to:

Jeffrey A. Taylor
Asst. U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4815
Washington, D.C. 20530